IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00376-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEON LOVE,

       Defendant.

---

## ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY

---

     This matter comes before the Court upon request of the probation officer to dismiss the supervised release violation petition, dated May 28, 2014, and unsuccessfully terminate the defendant's term of supervised release. The Court, having been advised of the facts and premises of the above case, hereby

     ORDERS that the Amended Petition for Issuance of Arrest Warrant Due to Violation of Supervised Release, filed June 3, 2014, is dismissed and the defendant is unsuccessfully discharged from supervised release. It is further

     ORDERED that the revocation hearing set for August 21, 2014 at 11:00 a.m. is vacated and the proceedings in this case are terminated.

     DATED July 31, 2014.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge